ALEXANDER TWEEDIE, Respondent, *v.* EMMET CLARK, Appellant.

*Tw.edie* v. *Clark*, 127 App. Div. 934, affirmed.
(Submitted February 11, 1910; decided March 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 1, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action of replevin.

*Alexander Neish* for appellant.

*A. G. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

FITZGIBBONS BOILER COMPANY, Appellant, *v.* MANHASSET REALTY CORPORATION, Respondent.

*Fitzgibbons Boiler Co.* v. *Manhasset Realty Corpn.*, 125 App. Div. 764, reversed.
(Submitted February 16, 1910; decided March 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 15, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action for conversion.

*A. H. Gleason* for appellant.

*Charles I. McBurney* for respondent.

Judgment reversed and new trial granted, costs to abide event, on dissenting opinion of SCOTT, J., below.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.